# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

SANDRA DEE SMITH                                                                                          PLAINTIFF

v.                                                3:08CV00039 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                              DEFENDANT

## ORDER

Although the Complaint in this case was filed March 18, 2008, no return of service has been filed indicating that proper service has been obtained on Defendant.

Under these circumstances, the Complaint is subject to dismissal. Fed.R.Civ.P. 4(m); *Bryant v. Brooklyn Barbecue Corp.*, 932 F.2d 697 (8th Cir.), *cert. denied*, 502 U.S. 1005 (1991); *Ouzts v. Cummins*, 825 F.2d 1276 (8th Cir. 1987).

Plaintiff must obtain service on Defendant within 30 days of the entry of this Order, or the Complaint will be dismissed.

IT IS SO ORDERED this 5th day of December, 2008.

_____
UNITED STATES MAGISTRATE JUDGE