# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

SANDRA DEE SMITH                                                                                    PLAINTIFF

v.                                            NO. 3:08CV00039 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                          DEFENDANT

## ORDER OF DISMISSAL

Plaintiff filed her Complaint on March 18, 2008. On December 5, 2008, Plaintiff was allowed thirty days within which to file a return of service indicating that proper service has been obtained on Defendant. Plaintiff has failed to do so.

IT IS THEREFORE ORDERED that this case is hereby DISMISSED, without prejudice, for Plaintiff's failure to provide proof of service on Defendant.

DATED this 6th day of January, 2009.

_____
UNITED STATES MAGISTRATE JUDGE