**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

SANDRA DEE SMITH                                                                         PLAINTIFF

V.                                    NO. 3:08CV00039 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                              DEFENDANT

## ORDER

On motion of Defendant, his time for filing an Answer, or otherwise move, is hereby extended to and including March 13, 2009.

DATED this 10th day of February, 2009.

_____
UNITED STATES MAGISTRATE JUDGE