IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SANDRA DEE SMITH                                                                                   PLAINTIFF

VS.                                          3:08CV00039 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                       DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Defendant, dismissing this case, with prejudice. The relief sought is DENIED.

DATED this 31st day of March, 2010.

_____
UNITED STATES MAGISTRATE JUDGE